# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR199 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| FRED DAVID RODRIGUEZ-SOLIS, ) | |
| JOSE C. CONTRERAS-CORTEZ, ) | |
| JOSUE MARTIN RODRIGUEZ-LOPEZ and ) | |
| JOSE HERNANDEZ-MENDOZA, ) | |
| ) | |
| Defendants. ) | |

Defendant Jose Hernandez-Mendoza's oral motion to extend the time to file a brief is granted.

**IT IS ORDERED** that all defendants are granted an extension of time to **December 1, 2005** in which to file a brief in response to their motions. The government may have until **December 7, 2005** to respond.

DATED this 21st day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge